UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-368-F-1

| | |
|---|---|
| UNITED STATES | ) |
| | ) ORDER |
| VS. | ) |
| | ) |
| CURTIS LAKOY EDMONDS | ) |

THIS MATTER COMING before the Court on the Defendant's motion to release a copy of the defendant's presentence report to counsel, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the Probation Office shall provide Geoffrey W. Hosford, Esquire with a copy of the defendant's presentence report.

SO ORDERED.

This 30th day of November, 2012.

_____
JAMES C. FOX
SENIOR UNITED STATES JUDGE